[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

No. 08-14261
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 12, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 08-00044-CR-2-LSC-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZACK JAMES LAWRENCE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

(March 12, 2009)

Before EDMONDSON, Chief Judge, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Zack James Lawrence in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable

issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawrence's convictions and

sentences are **AFFIRMED**.